Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (888) 316-6107
e-mail: baruchcohen@baruchcohenesq.com

*Attorney For Defendant Oran Kemp*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ORAN KEMP,<br><br> Debtor<br>_____<br>RYAN CLADY,<br><br>            Plaintiff<br><br>vs.<br><br>ORAN KEMP<br><br>            Defendant | Case No. 2:19-bk-14029-ER<br><br>Adv. 2:19-ap-01223-ER<br><br>Before the Honorable Ernest M. Robles<br><br>Chapter 7<br><br>**DECLARATION OF BARUCH C. COHEN RE: NO OPPOSITION TO MOTION TO DISMISS ADVERSARY COMPLAINT FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(A)(2) and 11 U.S.C. § 523(A)(4)**<br><br>[F.R.C.P. 9(b) & 12(b)(6); F.R.B.P. 7009 & 7012]<br><br>Date: 11-13-2019<br>Time: 10:00am<br>Courtroom: 1568<br>Place: 255 E. Temple Street<br>         Los Angeles CA 90012 |

DATED:    November 7, 2019    LAW OFFICE OF BARUCH C. COHEN
                                A Professional Law Corporation


                                By /S/ Baruch C. Cohen
                                Baruch C. Cohen, Esq.
                                *Attorney For Defendant Oran Kemp*

11/7-1:05pm

# DECLARATION OF BARUCH C. COHEN

I, BARUCH C. COHEN, declare and state as follows:

1. The facts stated below are true and correct to the best of my personal knowledge and if called upon to testify to them, I could and would competently do so.

2. I am a member in good standing and eligible to practice before the following courts: California State Supreme Court; United States Court of Appeals - Ninth Circuit; Bankruptcy Appellate Panel; United States District Courts: Central District of California; Eastern District of California; Northern District of California; and Southern District of California.

3. I am the principal shareholder and President of The Law Office of Baruch C. Cohen, a Professional Law Corporation, located at 4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

4. I proudly represent *Defendant Oran Kemp*.

5. On 8-13-2019, I filed and served Defendant's *Motion to Dismiss Adversary Complaint for Nondischargeability of Debt Pursuant to: 11 U.S.C. § 523(A)(2) and 11 U.S.C. § 523(A)(4)* [Doc-10]. The Notice of Motion provided: "Pursuant to Local Bankruptcy Rule 9013-1, any objection or response to this *Motion* must be stated in writing, filed with the Clerk of the Court and served on Defendant and his counsel no later than fourteen days prior to the hearing. Failure to so state, file and serve any opposition may result in the Court failing to consider the same." The hearing on the Motion was originally scheduled for 10-15-2019.

6. On 9-5-2019, this Court entered its *Order to Continue Status Conference and Continue Defendant's Motion to Dismiss Adversary Proceeding* [Doc-18] that continued the hearing on the Motion from 10-15-2019 to 11-13-2019, and that the briefing deadlines on the Motion to Dismiss shall be calculated in accordance with the Local Bankruptcy Rules.

7. Pursuant to Local Bankruptcy Rule 9013-1, Plaintiff's opposition to the Motion was due on 10-30-2019. As of this date, Plaintiff has not filed an Opposition to the Motion.

8. On 10-26-2019, the parties jointly filed their *Joint Status Report* [Doc-22].

9. On 10-30-2019, Plaintiff's counsel Mitra Ahouraian called me to inform me that Plaintiff

1      would not be opposing the *Motion to Dismiss* and will be dismissing the Complaint with prejudice. As of this date, Plaintiff has not filed the dismissal.

2

3    10.    So at this point in time, absent Plaintiff's dismissal, we are left with an unopposed *Motion to Dismiss*.

4

5    11.    By this Declaration, Defendant is not trying to pull a fast one and take unfair advantage of a Plaintiff who pledged to dismiss. Nevertheless, given Plaintiff's failure to dismiss, Defendant's *Motion to Dismiss* remains unopposed and is properly granted.

6

7

8    12.    For the above reasons, Defendant prays that this Court grants Defendant's *Motion to Dismiss*, dismisses Plaintiff's Complaint <u>with prejudice</u>, that Plaintiff not be granted leave to amend, that Plaintiff take nothing by his Complaint, and that Defendant's alleged debt to Plaintiff be discharged.

9

10

11

12    13.    Further, Defendant prays that this Court issue a finding of fact that the claims brought by Plaintiff are dischargeable, and that pursuant to 11 U.S.C. § 524(a)(1) and (2), this discharge should also serve to void any future judgment to determine the personal liability of Defendant and operate as a permanent injunction against any actions whether commenced pre-petition or post-petition.

13

14

15

16

17    14.    Further, Defendant prays that this Court award Defendant's costs and reasonable attorney's fees in an amount which will be ascertained, pursuant to 11 U.S.C. § 523(d), F.R.C.P 11 and F.R.B.P. 9011.

18

19

20

21    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22

23    Executed November 7, 2019, at Los Angeles, California.

24

25                                    By /S/ Baruch C. Cohen

26                                          Baruch C. Cohen

27

28

11/7-1:05pm

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **DECLARATION OF BARUCH C. COHEN RE: NO OPPOSITION TO MOTION TO DISMISS ADVERSARY COMPLAINT FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. § 523(A)(2) and 11 U.S.C. § 523(A)(4)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 11/7/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Eliza Ghanooni (PL) eliza@ghanoonilaw.com, monicabedia@ghanoonilaw.com
John J Menchaca (TR) jmenchaca@menchacacpa.com, ca87@ecfcbis.com; igaeta@menchacacpa.com
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:  On 11/7/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 11/7/2019,, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Ernest M. Robles, 255 E. Temple Street, Suite 1560, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/7/2019 | Baruch C. Cohen, Esq. | */s/ Baruch C. Cohen* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**